# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 3:21-CR-39-003(TES) |
| ERIC MORGAN | |

**ORDER ON DEFENDANT'S MISCELLANEOUS MOTION TO CORRECT FINAL PRESENTENCE REPORT**

Federal prisoner Eric Morgan moved the Court in Doc. 872 to correct unknown dispositions in paragraphs 73 and 75 of the Other Arrests section contained in his final presentence report. For reasons stated below, the motion is **DISMISSED.**

Upon review of the defendant's motion and the final presentence report (Doc. 761) filed on June 3, 2024, it appears the disposition in Fulton County State Court Case No. 89-CR-066256, entered on March 6, 1989, is already accounted for in paragraph 50 of the final report. Thus, there is no discernable correlation to paragraph 75.

Further, it appears Fulton County State Court Case No. 87-CR-050408, entered on September 25, 1987, is not included in any section of the presentence report. Moreover, given the roughly 4-year date discrepancy of the preceding case to the arrest date outlined in paragraph 73, along with the age of the matter, there is no certain conclusion the two matters are the same and/or related to warrant the requested "nunc pro tunc" revision sought by the defendant.

Because it appears there are no clear changes or corrections to be made, the defendant's motion is **DISMISSED** as moot.

So ordered this  8th  day of    September    , 2025.



    s/Tilman E. Self, III
TILMAN E. SELF, III
U.S. DISTRICT JUDGE